No. 05–153. CITY OF FAIRFIELD, OHIO, ET AL. v. TUCKER ET AL. C. A. 6th Cir. Motions of City of Athens, Ohio, et al. and International Municipal Lawyers Association for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 05–5044. LOVITT v. TRUE, WARDEN. C. A. 4th Cir. Motions of The Innocence Project, Inc., et al. and National Association of Criminal Defense Lawyers for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 05–5313. MILLER v. UNITED STATES. C. A. 5th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 05–5726. BAILEY v. O'BRIEN, WARDEN. C. A. 6th Cir. Motion of petitioner to expedite consideration of petition for writ of certiorari denied. Certiorari denied.

No. 05–6085. MORALES-ZAVALA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.*

No. 05–6107. CALLUM ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.*